■ JOHN TODRAS, Appellant, v CITY OF NEW YORK et al., Respondents. [784 NYS2d 40]—

Order, Supreme Court, New York County (Michael D. Stallman, J.), entered June 19, 2003, which, inter alia, granted defendants' cross motion to dismiss the amended complaint as

time-barred, and order, same court and Justice, entered November 13, 2003, which denied plaintiff's motion for renewal, unanimously affirmed, without costs.

Plaintiff sues to recover back pay, pension contributions and other contributions that would have been made on his behalf, as a New York City public school teacher, had he not been terminated and denied line of duty injury status by defendant Board of Education. Inasmuch as plaintiff's claims are fundamentally premised upon the contention that the administrative determinations terminating his employment and denying him line of duty injury status were wrongful, they should have been brought in a proceeding pursuant to CPLR article 78 (*see Leon v New York City Employees' Retirement Sys.*, 240 AD2d 186 [1997], *lv denied* 90 NY2d 812 [1997]), and were time-barred, having been brought beyond the applicable four-month statutory period. Finally, plaintiff's submission in support of renewal did not set forth circumstances unknown to him at the time of the original motion and, in any event, was not material to the dispositive issue of whether his claims were time-barred.

Plaintiff's remaining arguments are unavailing. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Marlow, JJ.